UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID ALAN BLAIR,
2195 Sugarloaf Parkview Lane
Clarksburg, Maryland 20871
    Plaintiff,

v.

DISTRICT OF COLUMBIA, et al.

    Defendants.

23-CV-1574

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant District of Columbia (District of Columbia or District), respectfully removes to this Court Plaintiff's civil action, *David Alan Blair v. Government of the District of Columbia*, Case No. 2023-CAB-002468, from the Superior Court of the District of Columbia. The grounds for removal are:

1. The District of Columbia is represented through the District of Columbia's Office of the Attorney General.

2. Plaintiff filed his initial complaint on April 21, 2023. Attachment A. The Initial Order set July 21, 2023 as the date for the Initial Scheduling Conference. Attachment A.

3. Plaintiff made service of process on the District, through the Office of the Attorney General, on May 2, 2923.

4. Plaintiff claims that he was illegally assaulted by officers of the District of Columbia Metropolitan Police Department (MPD) in violation of the First and Fourth Amendments of the Constitution of the United States of America, and that other MPD officers failed to intervene in the

assault.  Complaint, ¶¶ 8-17.  Plaintiff asserts that he "suffered significant physical and mental pain and suffering due to his injuries." *Id*.

5. Plaintiff is seeking to hold the District liable under 42 U.S.C § 1983.

6. The District seeks removal of the Superior Court case to the United States District Court for the District of Columbia.  28 U.S.C. § 1446(b)(2)(A).

7. A "civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the Unites States for the district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).  The United States District Court for the District of Columbia has original jurisdiction over the Superior Court matter because it appears that Plaintiff's lawsuit is brought under the Constitution and laws of the United States.  28 U.S.C. § 1331.

8. Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties.  28 U.S.C. § 1441(b).  This action is removable to this Court because of the existence of a federal question raised by Plaintiff's amended complaint.

9. The District states that removal of this action is timely.  Under 28 U.S.C. § 1446(b), "[t]he notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . ."  Under 28 U.S.C. § 1446(b)(2)(B), "[e]ach defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons described in paragraph (1) to file the notice of removal."

10. Because the District was served with process on May 2, 2023, the deadline to remove the matter from the Superior Court to this court is June 1, 2023. Thus, this notice of removal is timely.

11. The Initial Complaint and the Initial Order are attached as Attachment A;.

For these reasons, the action pending in the Superior Court of the District of Columbia is removed to this Court under 28 U.S.C. §§ 1331, 1441, and 1446.

> Respectfully submitted,
>
> BRIAN L. SCHWALB
> Attorney General for the District of Columbia
>
> STEPHANIE E. LITOS
> Deputy Attorney General
> Civil Litigation Division
>
> /s/ *Michael K. Addo*
> MICHAEL K. ADDO [1008971]
> Chief, Civil Litigation Division Section IV
> 400 6th Street, NW
> Washington, D.C. 20001
> (202) 724-6539 (Direct Line)
> michael.addo@dc.gov
>
> Attorneys for the District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2023, the foregoing Notice of Removal was eFiled and served by mail on Plaintiff's counsel Terrell N. Roberts, III, 6801 Kenilworth Avenue, Suite 202, Riverdale, Maryland 20737

> /s/ *Michael K. Addo*
> MICHAEL K. ADDO
> Chief, Civil Litigation Division Section IV