UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID ALAN BLAIR, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Case No. 23-cv-1574-JEB |

**DEFENDANTS' MOTION TO RESCHEDULE INITIAL SCHEDULING CONFERNCE**

Defendants move for an order rescheduling the initial scheduling conference for a date in late September or early October 2023.  Fed. R. Civ. P. 6(b)(1)(A).  Counsel for Plaintiff consents to the relief sought in this motion.  LCvR 7(m).  A memorandum of points and authorities and a proposed order that accompanies this motion.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

/s/ *Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

<u>/s/<i>David A. Jackson</i></u>
DAVID A. JACKSON [471535]
Senior Assistant Attorney General
Office of the Attorney General
400 6th Street, NW
Washington, D.C. 20001
(202) 724-6618 (Direct Line)
(202) 436-2598 (Mobile Number)
(202) 741-8999 (Fax)
davida.jackson@dc.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID ALAN BLAIR, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Case No. 23-cv-1574-JEB |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT DEFENDANTS' MOTION TO RESCHEDULE INITIAL SCHEDULING CONFERENCE

Defendants, District of Columbia, Officers Kevin Peralta, Claudy Toussaint, Aaron Smith, Kenan Thomas-Bartley, Sergeant Fabian Ferrera and Lieutenant Justin Roth, by undersigned counsel, Senior Asssiatnt Attorney General David A. Jackson, move for an order vacating the Initial Scheduling Conference (ISC) presently set for August 31, 2023. The Defendants request that the ISC be reset for a date in late September or early October 2023.

This Court may extend the time to act for good cause "if a request is made, before the original time or its extension expires . . . ." Fed. R. Civ. P. 6(b)(1)(A). On August 4, 2023, this Court issued a Minute Order setting August 31 as the date for the ISC, to begin at 11:00 am via Zoom. There is good cause to grant this motion because SAAG Jackson will be on leave from August 21st through September 4th. SAAG Jackson consulted with Plaintiff's attorney, Terrell Roberts, III, and both counsels are available on September 29th and October 11th. Rescheduling the ISC for late September or early October, gives the parties sufficient time to meet and confer no later than least 21 days prior to the ISC, and to file a joint scheduling order no later than 14 days before the ISC.

Counsel for Plaintiff consents to the relief sought in this motion and therefore Plaintiff will not be prejudiced by granting this motion. Counsel for the Defendants files this motion in good faith, and there is no attempt to unreasonably delay the process. This the Defendants' first request to reschedule the ISC. No other Court dates will be affected if this motion is granted.

## CONCLUSION

For the reasons stated above, Defendants request that this consent motion be granted.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

/s/ *Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

/s/*David A. Jackson*
DAVID A. JACKSON [471535]
Senior Assistant Attorney General
Office of the Attorney General
400 6th Street, NW
Washington, D.C. 20001
(202) 724-6618 (Direct Line)
(202) 436-2598 (Mobile Number)
(202) 741-8999 (Fax)
davida.jackson@dc.gov

Attorneys for the District of Columbia