UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DAVID ALAN BLAIR,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**DISTRICT OF COLUMBIA,** *et al.***,**<br><br>    **Defendants.** | Civil Action No. 23-1547 (JEB) |

## SCHEDULING ORDER

Pursuant to the Scheduling Conference held October 11, 2023, and the Joint Rule 16.3 Report submitted by the parties, the Court ORDERS that the following schedule shall govern further proceedings:

1. All amended pleadings and joinder of parties shall be filed by November 30, 2023;

2. Fact discovery shall close on January 9, 2024;

3. Plaintiff shall make his Rule 26(a)(2) expert disclosures, if any, by February 12, 2024;

4. Defendants shall make their Rule 26(a)(2) expert disclosures, if any, by March 22, 2024;

5. Expert discovery shall close on May 10, 2024;

6. A post-discovery status hearing is scheduled for May 13, 2024, at 11:00 a.m.;

7. No discovery motions may be filed without leave of court. In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers at (202) 354-3300, at which time the Court will either rule on the issue or determine the manner in which it will be handled; and

8. Parties may not extend any deadline by stipulation; instead, parties must seek extensions by motion.  Consent motions are generally looked upon with favor by the Court.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: October 11, 2023