UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID ALAN BLAIR,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>    Defendants. | Case No. 23-cv-1574-JEB |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant Attorney General Sarah T. Abutaleb as counsel for Defendants.

Date: December 19, 2023

Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Chad Copeland*
CHAD COPELAND [982119]
Assistant Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General
Civil Litigation Division

*/s/ Sarah T. Abutaleb*
SARAH ABUTALEB [1779979]
Assistant Attorney General
Civil Litigation Division, Section IV
Office of the Attorney General
400 6th St. N.W.
Washington, D.C. 20001
202-724-6611
sarah.abutaleb@dc.gov

*Counsel for Defendants*