**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DAVID ALAN BLAIR | : | |
| | : | |
| Plaintiff | : | |
| v. | : | Civil Action No.: 1:23-cv-01574-JEB |
| | : | |
| DISTRICT OF COLUMBIA, *et al.* | : | |
| Defendants | : | |

**<u>PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER</u>**

Plaintiff, David Alan Blair, respectfully moves the Court to modify the scheduling order to extend the fact discovery deadline. This motion is made upon the following grounds:

1. The Court recently amended the scheduling order at the request of the parties. Minute Order, 01-31-24. In particular, the amended scheduling order makes the close of fact discovery on March 11, 2024. Both sides failed to appreciate that the press of other cases does not allow sufficient time to complete fact discovery by March 11, 2024. There are several police officer defendants (six) and an officer who investigated the alleged use of excessive force. These officers will have to be deposed and the plaintiff as well. Also, there is a decent chance that each side with call experts as well who will have to be deposed. Given counsels' schedules, it would be next to impossible to complete fact discovery by March 11, 2024.

2. Counsel for the parties have conferred, and they agree that fact discovery should be extended to July 9, 2024, which is also the date for completing discovery with regard to experts. Defendants' counsel has made explicit in an email to Plaintiff's counsel on February 1, 2024, that he consents to the motion to amend the scheduling order based upon this extension.

                      Respectfully submitted,
                      **ROBERTS AND WOOD**

                        /s/ *Terrell N. Roberts, III*
                      Terrell N. Roberts, III
                      Bar ID No. 965061
                      *Attorney for Plaintiff*
                      6801 Kenilworth Avenue, Suite 202
                      Riverdale, Maryland 20737
                      (301) 699-0764
                      (301) 699-8706 Fax
                      troberts@robertsandwood.com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion to Modify the Scheduling Order was electronically filed on February 8, 2024, via the CM/ECF File & Serve system, and an electronic copy was e-served on:

                David A. Jackson & Sarah Abutaleb
                Assistant Attorneys General
                Office of the Attorney General
                400 6th Street, N.W.
                Washington, D.C. 20001

                          /s/ *Terrell N. Roberts, III*
                      Terrell N. Roberts, III