UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID ALAN BLAIR,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Case No. 23-cv-1574-JEB |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk will kindly WITHDRAW the appearance of Assistant Attorney General Sarah T. Abutaleb and ENTER the appearance of Assistant Attorney General Tyler Gerstein as counsel for Defendants in the above-captioned matter.

Dated: June 10, 2024

Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Charles J. Coughlin*
CHARLES J. COUGHLIN [1016993]
Chief, Section IV

*/s/ Tyler Gerstein*
TYLER GERSTEIN [1779890]
Assistant Attorney General
400 6th Street, NW
Washington, D.C. 20001
202-735-7396
tyler.gerstein@dc.gov

*Counsel for Defendants*