**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DAVID ALAN BLAIR | : | |
| | : | |
| Plaintiff | : | |
| v. | : | Civil Action No.: 1:23-cv-01574-JEB |
| | : | |
| DISTRICT OF COLUMBIA, *et al.* | : | |
| Defendants | : | |

**AMENDED PLAINTIFF'S CONSENT TO MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERTS AND COMPLETE DISCOVERY**

David Blair, Plaintiff, by undersigned counsel, in response to the Defendants' motion for an extension of time to designate experts and complete discovery, states:

1. Plaintiff consents to the defendants' motion for extension.

2. For the record, however, the plaintiff disagrees with the claim that the plaintiff has refused to sign an authorization to release his records to the defendants. He has not signed such authorization for sound reasons such as overbreadth and for the reason that all of the records from Kaiser Permanente, the organization that has provided his medical care for injuries had been provided. Plaintiff thought this issue had been settled long ago when there were discussions between counsel about it. Furthermore, there has been nothing to prevent the defendant from deposing any of the defendant's doctors at Kaiser Permanente. When plaintiff's counsel offered to make the effort to coordinate the scheduling of a deposition of a particular doctor the defense wanted to depose, but plaintiff wanted to take his own *de bene esse* deposition of the doctor on the same day, the defense balked and would not agree. (The doctor to be deposed saw the plaintiff only twice.) Plaintiff's counsel then ceased efforts to schedule the deposition and turned the effort over to the lawyers for the defendants to coordinate the deposition. They did not continue that

effort. Plaintiff would like the order granting extension to provide that if the defense deposes any doctor that the plaintiff may also take the opportunity to conduct his own deposition *de bene esse*.

Respectfully submitted,<br>
**ROBERTS AND WOOD**

/s/ *Terrell N. Roberts, III*<br>
Terrell N. Roberts, III<br>
Bar ID No. 965061<br>
*Attorney for Plaintiff*<br>
6801 Kenilworth Avenue, Suite 202<br>
Riverdale, Maryland 20737<br>
(301) 699-0764<br>
(301) 699-8706 Fax<br>
troberts@robertsandwood.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Amended Plaintiff's Consent to Motion for Extension of Time to Designate Experts and Complete Discovery was electronically filed on November 14, 2024, via the CM/ECF File & Serve system, and an electronic copy was e-served on:

David A. Jackson<br>
Senior Assistant Attorney General<br>
Tyler Gerstein<br>
Assistant Attorney General<br>
Office of the Attorney General<br>
400 6th Street, N.W.<br>
Washington, D.C. 20001

/s/ *Terrell N. Roberts, III*<br>
Terrell N. Roberts, III